NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICHARD W. COLEMAN, JR.,**
*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent*

---

2025-2031

---

Petition for review of the Merit Systems Protection Board in No. DC-1221-22-0109-W-1.

---

**ON PETITION FOR REHEARING EN BANC**

---

Before MOORE, *Chief Judge*, LOURIE, SCHALL[1], DYK, PROST, REYNA, TARANTO, CHEN, HUGHES, STOLL, CUNNINGHAM, and STARK, *Circuit Judges*.[2]

PER CURIAM.

**O R D E R**

---

[1] Circuit Judge Schall participated only in the decision on the petition for panel rehearing.

[2] Circuit Judge Newman did not participate.

On July 1, 2026, Richard W. Coleman, Jr. filed a petition for rehearing en banc [ECF No. 34]. The petition was first referred to the panel that heard the appeal, and thereafter the petition was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

The petition for rehearing en banc is denied.

FOR THE COURT

August 6, 2026
Date

Jarrett B. Perlow
Clerk of Court